AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED
DEC 06 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Courtney Lemar Forbes | ) | Case No. 3:16mj 188-LRA |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 1, 2016__ in the county of __Hinds__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Micah Snyder, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/06/2016

_____
*Judge's signature*

City and state: Jackson, Mississippi

Hon. Linda R. Anderson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Micah Snyder, Special Agent of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, hereby state as follows:

## INTRODUCTION

I am a Special Agent with the ATF, currently assigned to the Jackson Field Office of the New Orleans Field Division. I have been so employed by the ATF for approximately one year. Prior to being employed by the ATF, I was employed as a Federal Air Marshal for approximately 14 years. Previous to that I was employed as a U.S. Border Patrol Agent for approximately five years. During the course of my law enforcement experiences, I have participated in several criminal investigations, including investigations of offenses named herein.

Along with officers from the Jackson, Mississippi Police Department ("JPD") and other ATF agents, I am involved in an investigation of **COURTNEY LAMAR FORBES** for violating Title 18, United States Code, Section 922(g)(1), which makes it a crime for a convicted felon to possess a firearm that has been shipped or transported in interstate or foreign commerce.

Because this affidavit is being submitted for the limited purposes of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that a violation of the aforementioned statute exists. The facts set forth in this affidavit are based on my own personal knowledge, discussions I have had with other law enforcement officers, witness interviews, and my review of reports, records and other evidence.

## PROBABLE CAUSE

On December 1, 2016, JPD Officer Justin Roberts and other officers responded to a call from the Jasco Gas Station at 723 West McDowell Road in Jackson in reference to a disturbance. Dispatch advised Officer Roberts that the subjects were still inside the store with a weapon.

As Officer Roberts entered the store, an individual later identified as **COURTNEY LAMAR FORBES** was walking out. The store clerk advised Officer Roberts that the individual walking out was one of the suspects. At this point Officer Roberts drew his gun and detained the suspect the clerk had identified. The suspect was subsequently identified as **FORBES**. A second suspect, Jordan TERRY was taken into custody shortly afterwards.

I reviewed JPD case report # 2016-208826 outlining the arrest of **COURTNEY LAMAR FORBES** on December 1, 2016. I also reviewed the surveillance footage at the Jasco gas station and spoke to the store clerk from the night of December 1, 2016. The clerk stated that on the night of December 1, **FORBES** was in the store harassing customers with another man. The clerk also said that he could clearly see the handle of a pistol sticking out of the pocket of **FORBES'** hoodie sweatshirt. The clerk told **FORBES** and his friend to leave the store and they refused. **FORBES** told the clerk to come out from behind the counter and talk to him outside. At this point, the clerk called JPD and advised of two individuals in his store with a firearm.

The surveillance video shows JPD officers pulling up in the front of the store at approximately 2222 hours at which point both **FORBES** and TERRY rush to the rear of the

store. **FORBES** approaches a large cardboard box next to some coolers in the rear of the store before turning around and walking back to the front of the store. TERRY can be seen going into the rear storage area of the store and placing something behind some boxes before returning to the front of the store. A Ruger Model P85 MKII, serial number 304-6397 was subsequently recovered from the cardboard box where **FORBES** was standing. A second firearm was recovered from the area where TERRY could be seen hiding something in the rear storage area.

Based on my training and experience as well as conversations with ATF Firearms Interstate Nexus Experts, I know that Ruger firearms are not manufactured in the State of Mississippi, and therefore, the firearm possessed by **FORBES** must have travelled in or affected interstate commerce.

**FORBES** is a convicted felon. On October 17, 2013, **FORBES** was sentenced in the Circuit Court of the First Judicial District of Hinds County, Mississippi, in Cause Number 08-0-311-00 JAW to ten (10) years imprisonment, with seven (7) years suspended and five (5) years post-release supervision for the felony offense of Motor Vehicle Theft.

**FORBES** was also sentenced on February 20, 2014, in Cause Number 13-0-717-00 JAW, in the Circuit Court of the First Judicial District of Hinds County, Mississippi, to seven (7) years imprisonment, with six (6) years suspended and three (3) years post-release for the felony offense of Receiving Stolen Goods.

Based on the foregoing facts and circumstances, I believe probable cause exists showing **COURTNEY LAMAR FORBES** violated Title 18 United States Code, Section 922(g)(1), which prohibits possession of a firearm by a convicted felon.

_____
Micah Snyder
SPECIAL AGENT
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed before me, this the 6th day of December, 2016.

_____
Honorable Linda R. Anderson
UNITED STATES MAGISTRATE JUDGE